# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Brett Thomas Green,

    Plaintiff,

v.

Stillwater MCF Officers, John/Jane Doe, Jamie Doe, Michael Parks, Michelle Smith, and Van Coolidge,

    Defendants.

Case No. 16-cv-3945 (PJS/SER)

**ORDER**

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants Michelle Smith and Van Coolidge's Motion to Dismiss [Doc. No. 30] is **GRANTED**;

2. Plaintiff Brett Thomas Green's ("Green") Motion to Dismiss [Doc. No. 35] is **DENIED**;

3. Green's Motion for Injunctive Relief [Doc. No. 38] is **DENIED**; and

4. Green's Motion for Summary Judgment [Doc. No. 43] is **DENIED**; and

5. This case is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 2/22/18

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge